PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.        ) | **Docket Number: 2:00CR00603-01** |
| ) | |
| **Kathleen TUCKER** ) | |
| ) | |

On August 23, 2001, the above-named was placed on probation for a period of five years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS
United States Probation Officer**

Dated: July 15, 2005
      Elk Grove, California
      RWE:kms

**REVIEWED BY:**     /s/ Joe E. Glaspie
                  **JOE E. GLASPIE
                  Deputy Chief United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:     **Kathleen TUCKER**
        **Docket Number:   2:00CR00603-01**
        <u>**ORDER TERMINATING PROBATION**</u>
        <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

**Dated: August 22, 2005.**

_[signature]_
UNITED STATES MAGISTRATE JUDGE

Attachment:   Recommendation

cc:    United States Attorney's Office
       Federal Defender's Office

/tucker.prob35

Rev. 03/2005
PROB35.MRG